# EXHIBIT H

US007555357B2

(12) **United States Patent**

Holzwarth

(10) **Patent No.:** **US 7,555,357 B2**

(45) **Date of Patent:** **Jun. 30, 2009**

(54) **METHOD FOR BUILDING THREE-DIMENSIONAL OBJECTS WITH EXTRUSION-BASED LAYERED DEPOSITION SYSTEMS**

(75) Inventor: **Donald J. Holzwarth**, Minnetonka, MN (US)

(73) Assignee: **Stratasys, Inc.**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 396 days.

(21) Appl. No.: **11/343,355**

(22) Filed: **Jan. 31, 2006**

(65) **Prior Publication Data**

US 2007/0179657 A1 Aug. 2, 2007

(51) **Int. Cl.**
**G06F 19/00** (2006.01)

(52) **U.S. Cl.** .......................... **700/119**; 700/186; 700/98; 700/118

(58) **Field of Classification Search** ......... 700/118–119, 700/184, 98; 264/219–220, 401
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,665,492 A | 5/1987 | Masters |
| 4,749,347 A | 6/1988 | Valavaara |
| 4,961,154 A | 10/1990 | Pomerantz et al. |
| 5,059,266 A | 10/1991 | Yamane et al. |
| 5,121,329 A | 6/1992 | Crump |
| 5,134,569 A | 7/1992 | Masters |
| 5,136,515 A | 8/1992 | Helinski |
| 5,140,937 A | 8/1992 | Yamane et al. |
| 5,149,548 A | 9/1992 | Yamane et al. |
| 5,204,055 A | 4/1993 | Sachs et al. |
| 5,216,616 A | 6/1993 | Masters |
| 5,303,141 A | 4/1994 | Batchelder et al. |
| 5,340,433 A | 8/1994 | Crump |
| 5,402,351 A | 3/1995 | Batchelder et al. |
| 5,474,719 A | 12/1995 | Fan et al. |
| 5,503,785 A | 4/1996 | Crump et al. |
| 5,587,913 A | 12/1996 | Abrams et al. |
| 5,594,652 A | 1/1997 | Penn et al. |
| 5,695,707 A | 12/1997 | Almquist et al. |
| 5,738,817 A | 4/1998 | Danforth et al. |
| 5,764,521 A | 6/1998 | Batchelder et al. |
| 5,807,437 A | 9/1998 | Sachs et al. |
| 5,866,058 A | 2/1999 | Batchelder et al. |
| 5,900,207 A | 5/1999 | Danforth et al. |
| 5,939,008 A | 8/1999 | Comb et al. |

(Continued)

OTHER PUBLICATIONS

"Rapid Prototyping: An Update on RP Applications Technology Improvements, and Developments in the Industry", by Terry T. Wohlers, Wohlers Associates, Copyright 1991.

(Continued)

*Primary Examiner*—Kidest Bahta
*Assistant Examiner*—Nathan Laughlin
(74) *Attorney, Agent, or Firm*—Westman, Champlin & Kelley, P.A.

(57) **ABSTRACT**

A method of forming a three-dimensional object using an extrusion-based layered deposition system, the method comprising generating a build path for building a layer of the three-dimensional object, where the build path defines a void region. The method further comprising generating at least one intermediate path in the void region, and generating a remnant path based at least in part on the at least one intermediate path.

**19 Claims, 23 Drawing Sheets**



**US 7,555,357 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,943,235 | A | 8/1999 | Earl et al. |
| 5,968,561 | A | 10/1999 | Batchelder et al. |
| 6,004,124 | A | 12/1999 | Swanson et al. |
| 6,022,207 | A | 2/2000 | Dahlin et al. |
| 6,054,077 | A | 4/2000 | Comb et al. |
| 6,067,480 | A | 5/2000 | Stuffle et al. |
| 6,085,957 | A | 7/2000 | Zinniel et al. |
| 6,129,872 | A | 10/2000 | Jang |
| 6,133,355 | A | 10/2000 | Leyden et al. |
| 6,162,378 | A | 12/2000 | Bedal et al. |
| 6,165,406 | A | 12/2000 | Jang et al. |
| 6,175,422 | B1 | 1/2001 | Penn et al. |
| 6,193,923 | B1 | 2/2001 | Leyden et al. |
| 6,214,279 | B1 | 4/2001 | Yang et al. |
| 6,261,077 | B1 | 7/2001 | Bishop et al. |
| 6,490,496 | B1 | 12/2002 | Dacey |
| 6,606,528 | B1 * | 8/2003 | Hagmeier et al. ............. 700/98 |
| 6,722,872 | B1 | 4/2004 | Swanson et al. |
| 6,813,594 | B2 | 11/2004 | Guertin et al. |
| 6,814,907 | B1 | 11/2004 | Comb |
| 6,823,230 | B1 * | 11/2004 | Jamalabad et al. .......... 700/119 |
| 6,859,681 | B1 * | 2/2005 | Alexander .................. 700/184 |
| 6,898,477 | B2 | 5/2005 | Loughran |
| 6,936,212 | B1 | 8/2005 | Crawford |
| 6,998,087 | B1 | 2/2006 | Hanson et al. |

OTHER PUBLICATIONS

"Installing a Rapid Prototyping System The Economic and Organizational Issues", by Terry T. Wohlers, Wohlers Associates, Copyright 1991.

"CAD Meets Rapid Prototyping", by Terry Wohlers, *Computer-Aided Engineering*, vol. 11, No. 4, Apr. 1992.

"Chrysler Compares Rapid Prototyping Systems", by Terry Wohlers, *Computer-Aided Engineering*, vol. 11, No. 10, Oct. 1992.

"The World of Rapid Prototyping", by Terry Wohlers, *Proceedings of the Fourth International Conference on Desktop Manufacturing*, Sep. 24-25, 1992, San Jose, CA.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

Case 1:24-cv-01511-ADA    Document 1-8    Filed 12/09/24    Page 8 of 37



FIG. 5A



FIG. 5B



FIG. 5C

Case 1:24-cv-01511-ADA     Document 1-8     Filed 12/09/24     Page 11 of 37



FIG. 5D



FIG. 6



FIG.7



FIG. 8



FIG. 9

U.S. Patent     Jun. 30, 2009     Sheet 13 of 23     US 7,555,357 B2



FIG. 10A

U.S. Patent    Jun. 30, 2009    Sheet 14 of 23    US 7,555,357 B2



FIG. 10B

U.S. Patent    Jun. 30, 2009    Sheet 15 of 23    US 7,555,357 B2



FIG. 10C

U.S. Patent    Jun. 30, 2009    Sheet 16 of 23    US 7,555,357 B2



FIG. 10D



FIG. 10E



FIG. 10F



FIG. 10G

U.S. Patent     Jun. 30, 2009     Sheet 20 of 23     US 7,555,357 B2



FIG. 10H

U.S. Patent    Jun. 30, 2009    Sheet 21 of 23    US 7,555,357 B2



FIG. 11



FIG. 12

U.S. Patent

Jun. 30, 2009

Sheet 22 of 23

US 7,555,357 B2



**FIG. 13**



**FIG. 14**

US 7,555,357 B2

**1**

## METHOD FOR BUILDING THREE-DIMENSIONAL OBJECTS WITH EXTRUSION-BASED LAYERED DEPOSITION SYSTEMS

### BACKGROUND OF THE INVENTION

The present invention relates to the fabrication of three-dimensional (3D) objects from computer-aided design (CAD) models using extrusion-based layered deposition systems. In particular, the present invention relates to generating build data for depositing roads of build material with extrusion-based layered deposition systems to form 3D objects.

An extrusion-based layered deposition system (e.g., fused deposition modeling systems developed by Stratasys, Inc., Eden Prairie, Minn.) is typically used to build a 3D object from a CAD model in a layer-by-layer fashion by extruding a flowable build material, such as a thermoplastic material. The build material is extruded through a nozzle carried by an extrusion head, and is deposited as a sequence of roads on a base in an x-y plane. The extruded build material fuses to previously deposited build material, and solidifies upon a drop in temperature. The position of the extrusion head relative to the base is then incremented along a z-axis (perpendicular to the x-y plane), and the process is then repeated to form a 3D object resembling the CAD model.

Movement of the extrusion head with respect to the base is performed under computer control, in accordance with build data from a host computer. The build data is obtained by initially slicing the CAD model of the 3D object into multiple horizontal layers (referred to herein as "sliced layers"). Then, for each sliced layer, the host computer generates a build path for depositing roads of build material to form the 3D object.

Each deposited road of build material has a road height along the z-axis. The road heights of the deposited roads are affected by a variety of factors, such as extrusion head speed, extrusion nozzle dimensions, and build material feed rates. These factors may be controlled such that the road heights are held constant, which is beneficial because the height of a given layer along the z-axis is based on the road heights of the deposited roads. Thus, when generating the build path for depositing roads of build material, a host computer may hold the road heights constant to ensure a substantially uniform layer thickness.

In addition to a road height, each deposited road of build material has a road width in the x-y plane, where the road width is proportional to the road height (e.g., about 20% greater than the road height). Because the road widths are proportional to the road heights, holding the road heights constant also holds the road widths constant as well. Based on these constant road widths, the host computer may generate the build path for depositing roads of build material based on a "road width resolution" that corresponds to the constant road widths. While relying on the given road width resolution, the host computer may properly offset each path so that the roads of build material are deposited adjacent each other without overlapping.

While relying on a constant road width resolution to generate a build path is beneficial for quickly generating build data and for rapid depositions of build material, it also presents an issue with small void regions that occur in the generated build path. Such void regions are typically smaller than the constant road width resolution, and therefore, are ignored during data generation. This may result in small cavities being formed between the deposited roads of build material, which correspondingly increases the porosity of the resulting 3D objects, thereby reducing the structural integrities and sealing

**2**

properties of the resulting 3D objects. As such, there is a need for a method of generating build data that is effective for depositing roads of build material in small void regions.

### BRIEF SUMMARY OF THE INVENTION

The present invention relates to a method of forming a 3D object using an extrusion-based layered deposition system. The method includes generating a build path for building a layer of the 3D object, where the build path defines a void region. The method further includes generating at least one intermediate path in the void region, and generating a remnant path based at least in part on the at least one intermediate path. The method is beneficial for reducing porosity within the 3D object, thereby preserving the structural integrity and the sealing properties of the 3D object.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a top view of a build path generated by a host computer for building a layer of a 3D object pursuant to a method of the present invention.

FIG. **2** is a block diagram illustrating a method of the present invention for generating build data using remnant paths to fill void regions located within build paths.

FIG. **3** is an expanded view of section **3** taken in FIG. **1**.

FIG. **4** is a block diagram illustrating a method of the present invention for generating a remnant path in a void region of a build path.

FIGS. **5A**-**5D** are expanded views of section **5A** taken in FIG. **3**, showing the calculations a host computer may perform to generate a remnant path pursuant to the method of the present invention.

FIG. **6** is a second expanded view of section **3** taken in FIG. **1**, where the void region includes a remnant path generated pursuant to the method of the present invention.

FIG. **7** is a third expanded view of section **3** taken in FIG. **1**, showing an alternative void region containing a first intermediate path.

FIG. **8** is a fourth expanded view of section **3** taken in FIG. **1**, showing the alternative void region containing a first intermediate path and a second intermediate path.

FIG. **9** is a block diagram illustrating an alternative method of the present invention for generating remnant paths.

FIGS. **10A**-**10H** are expanded views of section **10A** taken in FIG. **8**, showing the calculations a host computer may perform to generate remnant paths pursuant to the alternative method of the present invention.

FIG. **11** is a fifth expanded view of section **3** taken in FIG. **1**, where the void region includes remnant paths generated pursuant to the alternative method of the present invention.

FIG. **12** is a top view of a build path generated by a host computer for building a layer of a 3D object pursuant to the alternative method of the present invention, which shows a curved void region.

FIG. **13** is a top view of a build path generated by a host computer for building a layer of a 3D object, which shows void regions at intersections between perimeter paths and raster paths.

FIG. **14** is a top view of a build path generated by a host computer for building a layer of a 3D object, which shows alternative intersections between perimeter paths and raster paths to reduce formation of void regions.

### DETAILED DESCRIPTION

FIG. **1** is a top view of build path **10**, which is an example of build data generated by a host computer for building a layer

US 7,555,357 B2

3

of a 3D object in an x-y plane, pursuant to the method of the present invention. As discussed below, the method of the present invention is effective for generating build data that accommodates a variety of build designs, particularly designs containing small void regions, and void regions that have varying void widths.

Build path 10 includes perimeter paths 12, 14, and 16, bulk raster region 17, bulk raster path 18, void region 20, and remnant path 21. Perimeter paths 12 and 14 are generated vector patterns that define exterior boundaries of build path 10. Perimeter path 16 is a generated vector pattern opposite of perimeter paths 12 and 14, which defines an interior boundary of build path 10. When generating perimeter paths 12, 14, and 16, the host computer identifies the dimensions of the current layer and creates vector patterns for depositing roads of build material based on a "first road width resolution".

The first road width resolution corresponds to a standard road width of the deposited roads of build material used to build the 3D object. Examples of standard road widths for building the 3D object range from about 250 micrometers (about 10 mils) to about 1,020 micrometers (about 40 mils). The first road width resolution is desirably held constant to allow the road heights of the deposited roads to be constant, thereby providing a substantially uniform layer thickness.

Bulk raster region 17 is a region defined by perimeter path 12, in which bulk raster path 18 is generated. Bulk raster path 18 is a raster pattern based on the first road width resolution and is particularly suitable for filling a large region of the layer within bulk raster region 17 (i.e., within the boundaries of perimeter path 12). The host computer determines the direction of bulk raster path 18 (i.e., the direction of the corresponding raster legs) based on the layer being formed, which preferably rotates between each layer to improve the strength of the resulting 3D object.

Void region 20 is a location between perimeter paths 12, 14, and 16 that is too small to generate a perimeter path or a bulk raster path based on the first road width resolution. Moreover, the void width of void region 20 (taken along the y-axis) decreases generally along the x-axis when viewed from left-to-right in FIG. 1. If void region 20 is left unfilled, the resulting 3D object will contain a corresponding cavity disposed between the deposited roads of build material. As such, to correct this issue, the host computer generates remnant path 21 pursuant to the method of the present invention to fill void region 20.

As discussed below, remnant path 21 has a road width that varies with the void width of void region 20. This is in contrast to the substantially uniform road widths of perimeter paths 12, 14, and 16, and bulk raster path 18, which are based on the first road width resolution. As build material is deposited along on remnant path 21, the amount of build material deposited decreases while the extrusion head moves from left-to-right generally along the x-axis in FIG. 1. This substantially fills the area corresponding to void region 20 between perimeter paths 12, 14, and 16.

FIG. 2 is a block diagram illustrating method 22 of the present invention, which is a suitable method for generating build data using remnant paths to fill void regions located within build paths. The disclosure of method 22 is made with reference to build path 10 in FIG. 1 with the understanding that method 22 is applicable to a variety of build data designs. Method 22 includes steps 24-42, in which the host computer initially divides the CAD model into multiple sliced layers (step 24). Perimeter paths 12, 14, and 16 are then generated for the first sliced layer (step 26), which define the interior and exterior boundaries of build path 10 for the layer.

4

The host computer then searches the layer and identifies bulk raster regions (e.g., bulk raster region 17) and void regions (e.g., void region 20) located within perimeter paths 12, 14, and 16 based on a set of predefined dimensions (step 28). The predefined dimensions for identifying bulk raster regions and void regions are desirably mutually exclusive. For example, interior regions of the given layer that have areas equal to or larger than a predefined area value are identified as bulk raster regions, and interior regions that have areas less than the predefined area are identified as void regions. Preferably, the predefined dimensions allow the host computer to identify void regions having areas within perimeter paths 12, 14, and 16 that are smaller than the first road width resolution. Such void regions would otherwise be ignored and remain unfilled by paths generated based on the first road width resolution. With regards to build path 10, the host computer identifies bulk raster region 17 as a bulk raster region within perimeter path 12, and also identifies void region 20 as a void region located between perimeter paths 12, 14, and 16.

After the bulk raster regions and void regions are identified, the host computer may then generate bulk raster paths (e.g., bulk raster path 18) to fill the bulk raster regions (e.g., bulk raster region 17) (step 30). After the bulk raster paths are generated, the host computer may then generate a remnant path (e.g., remnant path 21) in an identified void region (step 32). Generation of remnant path 21 initially involves generating an intermediate path (not shown) within void region 20, and then generating remnant path 21 based on the intermediate path. As discussed below, the intermediate path is used to calculate a plurality of void widths along void region 20, and remnant path 21 is then generated based at least in part on the calculated void widths. This allows remnant path 21 to have a road width that varies with the dimensions of void region 20.

After the remnant path is generated for the identified void region, the host computer may check whether there are any additional void regions to be filled (step 34). If so, the host computer goes to the next void region (step 36) and creates a remnant path for that void region in the same manner as discussed above. Steps 32-36 are desirably repeated until all of the identified void regions for the given layer contain generated remnant paths.

Once remnants paths have been generated for the identified void regions, the host computer may examine whether the given layer is the last sliced layer of the 3D object (step 38). If not, the host computer may then proceed to the next sliced layer (step 40) and repeat steps 26-40 for each successive sliced layer. This creates build data for each sliced layer, where remnant paths are generated in identified void regions of each sliced layer. When the last sliced layer is completed, the build data is complete, and is ready for submission to a deposition system for building the 3D object (step 42).

In alternative embodiments of method 22, steps 28-36 may be performed in any order or in parallel, so long as the generation of a remnant path (step 32) in a given void region occurs after the given void region is identified (step 28). For example, the generation of bulk raster paths (step 30) may be performed after all of the remnant paths have been generated (steps 32-36). However, steps 28-36 generally require the generation of the perimeter paths (step 26), since the subsequent steps rely on the dimensions of the perimeter paths. Moreover, additional steps of identifying void regions and generating corresponding remnant paths may be performed after the bulk raster paths have been generated in step 30. For example, a second predetermined dimension may be used to identify smaller void regions within bulk raster region 17 and/or perimeter paths 12, 14, and 16. As such, method 22

US 7,555,357 B2

5

may also be used to generate remnant paths within void regions located between a perimeter path (e.g., raster path **12**) and an adjacent bulk raster path (e.g., bulk raster path **18**).

FIG. **3** is an expanded view of section **3** taken in FIG. **1** (bulk raster path **18** not shown), where void region **20** is disposed between theoretical roads **44**, **46**, and **48**. Theoretical roads **44**, **46**, and **48** are dimensions corresponding to the physical roads of build material to be deposited, and which are based on the first road width resolution and the respective perimeter paths **12**, **14**, and **16**. As shown, theoretical roads **44**, **46**, and **48**, respectively have road widths **44**w, **46**w, and **48**w, which are centered around the respective perimeter paths **12**, **14**, and **16**.

Because perimeter paths **12**, **14**, and **16** are generated based on the first road width resolution, road widths **44**w, **46**w, and **48**w are substantially the same. As a result, the host computer may identify the areas in the x-y plane that each deposited road of build material will encompass, and properly offset perimeter paths **12**, **14**, and **16**. For example, as shown at the left-side portion of FIG. **3**, perimeter path **12** extends parallel to perimeter path **16**. Based on the first road width resolution, the host computer may generate perimeter paths **12** and **16** at offset locations such that the theoretical roads **44** and **48** are located adjacent each other without overlapping.

Despite the offsetting of the perimeter paths, the angled arrangement of perimeter paths **14** and **16** forms void region **20**. Void region **20** has a plurality of void widths (taken along the y-axis) that vary generally along the x-axis, where even the largest void width (located adjacent theoretical road **44**) is smaller than road widths **44**w, **46**w, and **48**w (i.e., less than the first road width resolution). As such, the host computer does not generate a perimeter path or bulk raster path to fill void region **20**. Instead, the host computer generates raster path **50** within void region **20**, based on a "second road width resolution".

Raster path **50** is an intermediate path used to subsequently generate remnant path **21** pursuant to step **32** of method **22**. Raster patterns are particularly suitable for identifying boundaries of theoretical roads (e.g., theoretical roads **44**, **46**, and **48**). As such, raster path **50** may be used to calculate the void widths of void region **20**, thereby allowing the host computer to generate remnant path **21** having a road width that varies with the dimensions of void region **20**. Alternatively, other types of intermediate paths may be used to calculate the dimensions of void region **20** and generate remnant path **21**.

The second road width resolution used to generate raster path **50** is preferably higher than the first road width resolution used to generate perimeter paths **12**, **14**, and **16**, and bulk raster path **18**. Terms such as "higher road width resolution" and "a road width resolution that is higher" herein refer to a road width resolution that is finer and more detailed compared to another road width resolution. The higher road width resolution allows the host computer to generate raster paths in void regions that are smaller than the first road width resolution. Examples of suitable road widths for the second road width resolution range from about 50 micrometers (about 2 mils) to about 200 micrometers (about 8 mils).

While raster path **50** could potentially be used to directly fill void region **20**, depositing roads of build material based along raster path **50** would be time consuming due to the continuous back-and-forth motions of the extrusion head under the high road width resolution. Moreover, also as discussed above, the road width of deposited build material is dependent on several factors. For example, the road width of a deposited road of build material is generally proportional to the height of the road, which corresponds to the layer thick-

6

ness. Depositing roads of build material having small road widths will correspondingly decrease the layer thickness of the 3D object along the given road. This will require additional depositions of build material to even out the layer.

Additionally, the size of the extrusion nozzle limits the minimum road width obtainable. Road widths of about 50 micrometers (about 2 mils) to about 200 micrometers (about 8 mils) may be too small for a given deposition system to deposit roads of build material. Therefore, in contrast to perimeters paths **12**, **14**, and **16**, and bulk raster path **18**, roads of build material are not deposited based directly on the pattern of raster path **50** (or any alternative intermediate path). Instead, the host computer uses raster path **50** to subsequently generate remnant path **21** having a road width that varies with the dimensions of void region **20**.

FIG. **4** is a block diagram illustrating method **52**, which is a suitable method for generating remnant path **21** in void region **20** pursuant to step **32** of method **22**. As shown, method **52** includes steps **54-75**, and initially involves generating raster path **50** based on the second road width resolution (step **54**). The host computer then uses the raster legs of raster path **50** to determine void widths along void region **20**. This involves calculating a raster leg length for a given raster leg of raster path **50** (starting with a first raster leg) (step **56**), calculating a raster leg center point of the current raster leg (step **58**), and calculating a void width of void region **20** at the raster leg center point (step **60**).

The host computer then determines whether the current raster leg is the first raster leg of raster path **50** (step **62**). If so, the host computer then labels the raster leg center point as a "vertex" and assigns a deposition rate that is based at least in part on the calculated void width (step **68**). If the current raster leg is not the first raster leg of raster path **50**, then the host computer compares the calculated void width to a previously calculated void width of the last labeled vertex (step **64**). If the change in void widths is greater than a difference threshold (step **66**), then the current raster leg center point is labeled as a vertex and is assigned a deposition rate, as discussed above (step **68**). If the change in void widths is not greater than the difference threshold (step **66**), then the host computer may disregard the calculated data for the current raster leg (step **70**).

The host computer then checks whether the current raster leg is the last raster leg of raster path **50** (step **72**). If not, the host computer proceeds to the next raster leg of raster path **50** (step **74**) and repeats steps **56-74**. The continual comparing of void widths along void region **20** is performed to determine whether the change in void widths between successive raster legs varies enough to vary the deposition rate of build material. Vertices are placed at each location along void region **20** where the deposition rates vary, and remnant path **21** is then generated as a vector path that follows the vertices (step **75**). An example of method **52** in use is discussed below with reference to FIGS. **5A-5D**.

FIGS. **5A-5D** are expanded views of section **5A** taken in FIG. **3**, showing the calculations the host computer may perform to generate remnant path **21** pursuant to method **52**. As shown in FIG. **5A**, theoretical roads **46** and **48** respectively include walls **46**a and **48**a, which are the theoretical borders of void region **20**. Void region **20** has a plurality of void widths (taken along the y-axis) that decrease generally along the x-axis when viewed from left-to-right in FIG. **5A**. Raster path **50** includes raster legs **76-84** interconnected by junctions **86**, where the illustrated locations of raster legs **76-84** and junctions **86** relative to each other and theoretical roads **46** and **48** are exaggerated for ease of discussion.

US 7,555,357 B2

7

After raster path **50** is generated, the host computer identifies a first raster leg and calculates the length of the first raster leg between walls **46a** and **48a** (step **56**). While the first raster leg of raster path **50** is located at an end of raster path **50**, for ease of discussion, raster leg **76** will be referred to as the first raster leg. Accordingly, based on the generated data of raster path **50**, the host computer calculates length **76L** of raster leg **76**. Based on length **76L**, the host computer then calculates center point **76cp** of raster leg **76**, which is located along raster leg **76** at ½ length **76L** from either wall **46a** or wall **48a** (step **58**).

The host computer then calculates void width **76w** of void region **20** at a location along the x-axis of center point **76cp** (step **60**). This may be performed with right-triangle trigonometric principles. For example, as shown in FIG. **5**A, the host computer may calculate half of void width **76w** (½ void width **76w**) by multiplying half of the length of raster leg **76** (½ length **76L**) by the cosine of angle α. Angle α=90−angle β, where angle β is based on the direction of raster leg **76** and the direction of wall **48a**. Because walls **46a** and **48a** are angled relative to each other, a perfect right triangle is not obtained. However, because the second road width resolution that raster path **50** is based on is a high resolution, the amount of error incurred is minimal.

Once the calculations of raster leg **76** are complete, the host computer checks whether raster leg **76** is the first raster leg of raster path **50** (step **62**). Because raster leg **76** is the first raster leg of raster path **50**, in this example, center point **76cp** is labeled as vertex **76v** and is assigned a "first deposition rate", where the first deposition rate is based on void width **76w** (step **68**).

Build data generated for deposition systems typically include a plurality of data points that represent coordinate locations and deposition rates. As such, a typical data point includes an array as follows: (x, y, z, deposition rate), where the x-coordinate and y-coordinate define a location within a given layer at the z-coordinate along the z-axis. Accordingly, the z-coordinates for all data points in a given layer are the same. The deposition rate determines the rate that the deposition system deposits roads of build material, which affects the road heights and road widths of the deposited roads. Accordingly, the first deposition rate assigned to vertex **76v** is the deposition rate of build material required to adequately fill void region **20** at a location of vertex **76v**, and is proportional to void width **76w**.

Because vertex **76v** is identified, steps **64** and **66** of method **52** may be correspondingly ignored for raster leg **76**. Additionally, the host computer may ignore step **62** (i.e., checking for the first raster leg) for the subsequent raster legs of raster path **50**.

As shown in FIG. **5**B, after completing the calculations relating to raster leg **76**, the host computer then checks whether raster leg **76** is the last raster leg of raster path **50** (step **72**). Because additional raster legs are present, the host computer then proceeds to the next raster leg, which is raster leg **78** (step **74**), and performs the same calculations, pursuant to steps **56-60**. This provides raster leg length **78L**, raster leg center point **78cp**, and void width **78w** at center point **78cp**.

The host computer then compares the void width at the current raster leg center point (i.e., void width **78w**) to the void width of the last labeled vertex, which in this example is void width **76w** (corresponding to vertex **76v**) (step **64**). If the absolute value of the difference between void width **76w** and void width **78w** is greater than a difference threshold (referred to herein as the Δ threshold) (step **66**), then center point **78cp** would be labeled as a vertex and assigned a "second deposition rate" based on void width **78w** (step **68**).

8

The Δ threshold is a preset value that allows the host computer to reduce the amount of data required to generate remnant path **21**. The host computer applies a constant deposition rate (i.e., the first deposition rate corresponding to void width **76w**) until the change in void widths along void region **20** exceeds the Δ threshold. Examples of suitable changes in void widths for the Δ threshold range from about 13 micrometers (about 0.5 mils) to about 130 micrometers (about 5 mils), with particularly suitable changes ranging from about 25 micrometers (about 1 mil) to about 50 micrometers (about 2 mils). In this example, let us assume that the absolute value of the difference between void width **76w** and void width **78w** is less than the Δ threshold. As such, center point **78cp** is not labeled as a vertex, and the host computer may disregard the calculated data for raster leg **78** (step **70**).

As shown in FIG. **5**C, after completing the calculations regarding raster leg **78**, the host computer then checks whether raster leg **78** is the last raster leg of raster path **50** (step **72**). Because additional raster legs are present, the host computer then proceeds to the next raster leg, which is raster leg **80** (step **74**). The host computer then performs the calculations pursuant to steps **56-60** to provide raster leg length **80L**, raster leg center point **80cp**, and void width **80w** at center point **80cp**.

Void width **80w** is then compared to the void width of the last labeled vertex, which is still void width **76w** (corresponding to vertex **76v**) (step **64**). Here, let us assume that the absolute value of the difference between void width **76w** and void width **80w** is greater than the Δ threshold (step **66**). As a result, center point **80cp** is labeled as vertex **80v** and assigned a second deposition rate based on void width **80w** (step **68**).

Similar to the first deposition rate of vertex **76v**, the second deposition rate of vertex **80v** is the deposition rate of build material required to adequately fill void region **20** at a location of vertex **80v**, and is proportional to void width **80w**. Accordingly, because the void widths of void region **20** decrease in the positive x-direction, the second deposition rate is less than the first deposition rate. If the deposition rate at vertex **80v** remained at the first deposition rate associated with vertex **76v**, then an excess amount of build material would undesirably be deposited at vertex **80v**. However, to account for the changing dimensions of void region **20**, vertices are placed along void region **20** to correspondingly adjust the deposition rates (and deposition directions, as necessary).

As shown in FIG. **5**D, after the host computer completes the calculations regarding raster leg **80**, the host computer then checks whether raster leg **80** is the last raster leg of raster path **50** (step **72**). Because additional raster legs are present, the host computer then proceeds to the next raster leg, which is raster leg **82** (step **74**). The host computer then repeats steps **56-60** for raster leg **82** to provide raster leg length **82L**, raster leg center point **82cp**, and void width **82w** at center point **82cp**.

Void width **82w** is then compared to the void width of the last labeled vertex, which in this example is now void width **80w** (corresponding to vertex **80v**) (step **64**). For the purposes of illustration and explanation, we will again assume for this example that the absolute value of the difference between void width **80w** and void width **82w** is less than the Δ threshold (step **66**). As such, the host computer does not label center point **82cp** as a vertex, and may disregard the calculated data for raster leg **82** (step **70**).

Steps **56-74** of method **52** are then repeated until all of the raster legs of raster path **50** (e.g., raster leg **84**) are analyzed. When the last raster leg is calculated and compared to the

US 7,555,357 B2

9

previous vertex raster leg, the host computer then defines remnant path **21** as a vector path that connects the labeled vertices (step **75**).

FIG. **6** is another expanded view of section **3** taken in FIG. **1**, where void region **20** includes remnant path **21** generated pursuant to method **52**. Remnant path **21** includes a plurality of vertices $88_i$, $88_{i+1}$, $88_{i+2}$, . . . , $88_n$, which are illustrated in FIG. **6** with varying radii for ease of discussion to illustrate the decreasing deposition rates. As discussed above, each vertex includes an array of data in the form of (x, y, z, deposition rate), where the z-coordinate is held constant for a given layer, and the x-coordinate and y-coordinate identify where a given vertex is located. The deposition rate data directs how fast the extrusion head deposits the build material at the given vertex.

The deposition rates of build material may be changed in several manners, and are typically dependent on the deposition system used. For example, for fused deposition modeling systems, the deposition rate may be decreased by decreasing the extrusion rate of the build material, increasing the rate of movement of the extrusion head, or a combination thereof.

As shown in FIG. **6**, the deposition rates at vertices $88_i$, $88_{i+1}$, $88_{i+2}$, . . . , $88_n$ decrease generally along the x-axis in accordance with the decreasing void widths of void region **20**. As a result, build material is deposited along remnant path **21** with decreasing deposition rates generally along the x-axis. For example, starting with vertex $88_i$, the extrusion head moves toward vertex $88_{i+1}$ and deposits build material at the first deposition rate. When vertex $88_{i+1}$ is reached, the extrusion head continues to move toward vertex $88_{i+2}$, but deposits build material at the second deposition rate, which is less than the first deposition rate. This continues until vertex $88_n$, is reached, and void region **20** is substantially filled. The decreasing deposition rates reduce the risk of overfilling void region **20** as the void widths decrease generally along the x-axis in this example.

During the extrusion process, roads of build material are deposited along perimeter paths **12**, **14**, and **16**, which have physical road widths corresponding to road widths **44**w, **46**w, and **48**w, respectively. This forms a cavity that corresponds to void region **20**. After roads of build material are deposited along perimeter paths **12**, **14**, and **16**, the extrusion head may deposit a road of build material along remnant path **21** at a varying deposition rate.

One particular benefit of the present invention is that the cavity corresponding to void region **20** may be filled based on a road width resolution that is higher than the first road width resolution, without adversely reducing the road height along remnant path **21**. Because the cavity corresponding to void region **20** is bordered by deposited roads of build material, the build material deposited along remnant path **21** flows to conform to the dimensions of the bordering roads. The build material then fuses to the bordering roads of build material, thereby filling the cavity corresponding to void region **20**, and preserving the substantially uniform layer thickness.

In alternative designs, an identified void region may have an increasing void width. In these cases, the deposition rates would increase between each vertex as the extrusion head moves left-to-right to deposit the road of build material. In other alternative embodiments, the void width of an identified void region may be held constant. In these cases, the remnant path would include a pair of vertices (starting and stopping locations), and the deposition rate would not change between the vertices.

FIGS. **7** and **8** show alternative expanded views of section **3** taken in FIG. **1**, in which void region **20** is replaced by void region **120**, and the other respective reference labels are

10

increased by **100**. As shown in FIG. **7**, void region **120** is disposed between theoretical roads **144**, **146**, and **148**, where road **148** bends to define U-shaped portion **200**. Void region **120** includes left arm **202**, intersection **204**, right arm **206**, and branched portion **208**, where intersection **204** is the intersecting location of left-arm **202**, right arm **206**, and branched portion **208**. Void region **120** is generally similar to void region **20**, except that branched portion **208**, defined by U-shaped portion **200**, extends generally perpendicular to left arm **202** and right arm **206**.

The branched arrangement of void region **120** effectively prevents a single remnant path from adequately filling void region **120**. As such, a first remnant path (not shown) may be generated to substantially fill left arm **202**, intersection **204**, and right arm **206**, and a second remnant path (not shown) may then be generated to substantially fill branched portion **208**. Accordingly, the present invention may be used to fill void regions having a variety of design dimensions.

To generate one or more remnant paths within void region **120**, the host computer may initially generate first raster path **210**, which is an intermediate path based on the second road width resolution. As discussed above, the second road width resolution is preferably a higher resolution than the first road width resolution used to generate perimeter paths **114**, **116**, and **118**. This allows first raster path **210** to be generated within void region **120**.

Because of the branched arrangement of void region **120**, first raster path **210** may be generated as a pair of subpaths, referred to as paths **210**a and **210**b. Subpath **210**a is a raster pattern similar to raster path **50**, discussed above in FIG. **3**, and extends along left arm **202**, intersection **204**, and right arm **206**, and partially dips into branched portion **208**. Then, while identifying the locations of subpath **210**a and theoretical road **148**, the host computer may generate path **210**b to fill in the remaining area of branched portion **208**.

The branched arrangement of void region **120** also renders a single raster path unsuitable for generating the remnant paths. First raster path **210** alone is suitable for generating a remnant path in void regions that are linear or that have gradual curvatures (e.g., directional changes of less than about 45 degrees). However, as discussed below, branched portion **208** causes the calculated void widths along a single axis (e.g., the x-axis or the y-axis) to substantially increase at intersection **204**. To accommodate for this, the host computer may generate a second raster path to account for the large increases in void widths.

As shown in FIG. **8**, second raster path **212** may be generated within void region **120** in a perpendicular direction to first raster path **210** (i.e., the raster legs of second raster path **212** extend perpendicularly to the raster legs of first raster path **210**). Second raster path **212** may also be generated as subpaths **212**a and **212**b. Subpath **212**a extends along left arm **202**, intersection **204**, and right arm **206**, and partially dips into branched portion **208**. Then, while identifying the locations of subpath **212**a and theoretical road **148**, the host computer may generate subpath **212**b to fill in the remaining area of branched portion **208**.

First raster path **210** and second raster path **212** are examples of suitable intermediate paths for subsequently generating remnant paths to substantially fill void region **120**. As discussed below, the host computer may use first raster path **210** and second raster path **212** to calculate the dimensions of void width **120** in a similar manner to that discussed above for method **52** in FIG. **4**. The host computer may then generate remnant paths having road widths that vary with the dimensions of void width **120**.

US 7,555,357 B2

**11**

FIG. **9** is a block diagram illustrating method **214**, which is a suitable method for generating a remnant path in void region **120** pursuant to step **32** of method **22**. As discussed below, method **214** is particularly suitable for use with void regions that are curved or have branching portions (e.g., void region **120**). Method **214** includes steps **216-246**, and initially involves generating first raster path **210** and second raster path **212** based on the second deposition resolution (steps **216** and **218**).

The host computer then selects first raster path **210** (step **220**) to begin calculating the void widths along void width **120**. This involves calculating a raster leg length for a given raster leg of first raster path **210** (starting with a first raster leg) (step **222**), and determining whether the raster leg length exceeds a length threshold (step **224**). The length threshold is used to identify locations along void region **120** when the void widths of void region **120** substantially increase (e.g., at intersection **204** shown in FIG. **8**). If the given raster leg length exceeds the length threshold, the host computer switches to second raster leg **212** (step **226**) and proceeds to the next raster leg of second raster path **212** (step **228**).

If the given raster leg length does not exceed the length threshold, then the host computer continues with first raster path **210**, and performs steps **230-242** of method **214** generally in the same manner as steps **58-70** of method **52**, discussed above in FIG. **4**. The host computer calculates a raster leg center point of the raster leg (step **230**) and a void width of void region **120** at the raster leg center point (step **232**). The host computer then determines whether the current raster leg is the first raster leg of first raster path **210** (step **234**). If so, the host computer then labels the raster leg center point as a vertex and assigns a deposition rate based at least in part on the calculated void width (step **240**).

If the current raster leg is not the first raster leg of first raster path **210**, then the host computer compares the calculated void width to a previously calculated void width of the last labeled vertex (step **236**). If the change in void widths is greater than a difference threshold (step **238**), then the current raster leg center point is labeled as a vertex and is assigned a deposition rate, as discussed above (step **240**). If the change in void widths is not greater than the difference threshold (i.e., the $\Delta$ threshold) (step **238**), then the host computer may disregard the calculated data for the current raster leg (step **242**), except for the calculated raster leg center point. As discussed below, the calculated raster leg center point may be subsequently relied upon when switching between raster paths in step **226**.

The host computer then checks whether the current raster leg is the last raster leg of first raster path **210** (step **244**). If not, the host computer proceeds to the next raster leg of first raster path **210** (step **228**) and repeats steps **222-244**. The continual comparing of void widths along void region **120** is performed to determine whether the change in void widths between successive raster legs varies enough to vary the deposition rate of build material. Additionally, the host computer may switch between first raster path **210** and second raster path **212** to more accurately define the void widths of void region **120**. Vertices are placed at each location along void region **120** where the deposition rates vary, and a remnant path (not shown) is then generated as a vector path that follows the path of the vertices (step **246**). An example of method **214** in use is discussed below with reference to FIGS. **10A-10H**.

FIGS. **10A-10H** are expanded views of section **10A** taken in FIG. **8**, showing the calculations the host computer may perform to generate a remnant path pursuant to method **214**. As shown in FIG. **10A**, theoretical road **146** includes wall

**12**

**146**$a$, and theoretical road **148** includes walls **148**$a$-**148**$d$, which are the predicted borders of void region **120**. First raster path **210** includes raster legs **248-256** interconnected by junctions **258**, and raster leg **260**, which is generated by a second path (i.e., subpath **210**$b$) to be co-linear with raster leg **250**. Similarly, second raster path **212** includes raster legs **262-272** interconnected by junctions **274**, and raster leg **276**, which is generated by a second path (i.e., subpath **212**$b$). The illustrated locations of raster legs **248-256**, **260-272**, and **276**, and junctions **258** and **274**, relative to each other and roads **146** and **148** are exaggerated for ease of discussion.

After first raster path **210** and second raster path **212** are generated, the host computer selects first raster path **210** (step **220**), and then identifies and calculates the length of the first raster leg between walls **146**$a$ and **148**$a$. Similar to the discussion above, while the first raster leg of raster path **210** is actually located at an end of raster path **210** in FIGS. **7** and **8**, for ease of discussion, raster leg **248** will be referred to as the first raster leg. Accordingly, based on the generated data of raster path **210**, the host computer calculates length **248**L of raster leg **248** (step **222**).

The host computer then checks whether length **248**L is greater than a length threshold (step **224**). The length threshold is a predetermined value used to identify substantial changes in the void widths of void region **120**. Substantial changes in void widths typically occur at branching locations (e.g., intersection **204**) or with substantial curvatures of the given void region. As discussed below, the length threshold allows the host computer to identify when to switch to between first raster path **210** and second raster path **212** to accurately define remnant paths within void region **120**. Examples of suitable values for the length threshold range from about 130 micrometers (i.e., about 5 mils) to about 760 micrometers (i.e., about 30 mils).

In this example, let us assume that length **248**L does not exceed the length threshold. The host computer then calculates center point **248**$cp$ of raster leg **248** (step **230**). The host computer then calculates void width **248**$w$ of void region **120** at a location along the x-axis of center point **248**$cp$ (step **232**). The calculations of center point **248**$cp$ and void width **248**$w$ may be performed in the same manner as for steps **58** and **60** of method **52**, discussed above in FIG. **5A**.

Once the calculations of raster leg **248** are complete, the host computer checks whether raster leg **248** is the first raster leg of first raster path **210** (step **234**). Because raster leg **248** is the first leg of first raster path **210** in this example, center point **248**$cp$ is labeled as vertex **248**$v$ and is assigned a first deposition rate based on void width **248**$w$ (step **240**). Similar to the discussion above for steps **68** of method **52** in FIG. **5A**, the first deposition rate assigned to vertex **248**$v$ is the deposition rate of build material required to adequately fill void region **120** at a location of vertex **248**$v$, and is proportional to void width **248**$w$.

Because vertex **248**$v$ is identified, steps **236** and **238** of method **214** may be correspondingly ignored for raster leg **248**. Additionally, the host computer may also ignore step **234** (i.e., checking for the first raster leg) for the subsequent raster legs of first raster path **210**.

As shown in FIG. **10B**, after the host computer completes the calculations relating to raster leg **248**, the host computer then checks whether raster leg **248** is the last raster leg of first raster path **210** (step **244**). Because additional raster legs are present, the host computer then proceeds to the next raster leg of first raster path **210**, which is raster leg **250** (step **228**), and calculates length **250**L of raster leg **250** (step **222**). The host computer then checks whether length **250**L is greater than the length threshold (step **224**). In our example, because length

US 7,555,357 B2

13

250L is less than length 248L, we may also assume that length 250L does not exceed the length threshold. The host computer then calculates center point 250cp of raster leg 250 (step 230) and void width 250w at center point 250cp (step 252).

The host computer then compares the void width at the current raster leg center point (i.e., void width 250w) to the void width of the last labeled vertex, which in this example is void width 248w (corresponding to vertex 248v) (step 236). If the absolute value of the difference between void width 250w and void width 248w is greater than the Δ threshold (step 238), then center point 250cp would be labeled as a vertex and assigned a second deposition rate based on void width 250w (step 240). The Δ threshold used in step 238 is the same as that disclosed above in step 66 of method 52 in FIG. 5B.

In this example, let us assume that the difference between void width 250w and void width 248w is less than the Δ threshold. As such, center point 250cp is not labeled as a vertex, and the host computer may disregard calculated data relating to length 250L and void width 250w for raster leg 250 (step 242). However, as discussed below, the host computer retains data regarding the last center point of the last raster leg analyzed, which in this example is center point 250cp.

As shown in FIG. 10C, after completing the calculations regarding raster leg 250, the host computer then checks whether raster leg 250 is the last raster leg of first raster path 210 (step 226). Because additional raster legs are present, the host computer then proceeds to the next raster leg of first raster path 210, which is raster leg 252 (step 228). The host computer then calculates length 252L of raster leg 252 (step 222) and checks whether length 252L is greater than the length threshold (step 224).

As shown, raster leg 252 extends from left arm 202, through intersection 204, and into branching portion 208. Accordingly, length 252L is substantially greater than lengths 248L and 250L of the preceding raster legs 248 and 250. This is a particular situation in which the length threshold is used to identify substantial increases in void widths of void region 120. If raster leg 252 is used, the void width of void region 120 calculated from raster leg 252 will be substantially greater than void widths 248w and 240w. This is a result of the branched nature of void region 120. Therefore, in this example we may assume that length 252L exceeds the length threshold. The host computer may then disregard raster leg 252 and switch to second raster path 212 (step 226) to continue the calculations under method 214.

While relying on second raster path 212, the host computer then proceeds to the next raster leg of second raster path 212 that is closest to the last calculated center point in the positive x-direction (i.e., the direction of the subsequent raster legs), which in this example is center point 250cp (step 228). This is the reason why data regarding the center points (e.g., center point 250cp) are not disregarded in step 242. In this example, the closest raster leg of second raster path 212 in the positive x-direction is raster leg 266.

As shown in FIG. 10D, the host computer then calculates length 266L of raster leg 266 (step 222), and checks whether length 266L is greater than the length threshold (step 224). In this example let us assume that length 266L also does not exceed the length threshold (length 266L is similar in magnitude to length 250L). Therefore, the host computer calculates center point 266cp of raster leg 266 (step 230) and void width 266w of void region 120 at center point 266cp (step 252).

The host computer then compares void width 266w to the void width of the last labeled vertex, which in this example is void width 248w (corresponding to vertex 248v) (step 236). In this case, void width 266w is similar to void width 248w, and

14

the absolute value of the difference between void width 266w and void width 248w is less than the Δ threshold. As such, center point 266cp is not labeled as a vertex, and the host computer may disregard data relating to length 266L and void width 266w for raster leg 266. However, the host computer retains data relating to center point 266cp (step 242).

As shown in FIG. 10E, after completing the calculations regarding raster leg 266, the host computer then checks whether raster leg 266 is the last raster leg of second raster path 212 (step 226). Because additional raster legs are present, the host computer proceeds to the next raster leg, which is raster leg 268 (step 228). The host computer then calculates length 268L of raster leg 268 (step 222), and checks whether length 268L is greater than the length threshold (step 224). Here, let us again assume that length 268L does not exceed the length threshold (length 268L is similar in magnitude to length 266L). Therefore, the host computer calculates center point 268cp of raster leg 268 (step 230) and void width 268w of void region 120 at center point 268cp (step 252).

The host computer then compares void width 268w to the void width of the last labeled vertex, which in this example is still void width 248w (corresponding to vertex 248v) (step 236). In this case, let us assume that the void width of void region 120 has decreased enough such that the absolute value of the difference between void width 268w and void width 248w is greater than the Δ threshold (step 238). As a result, the host computer labels center point 268cp as vertex 268v and assigns vertex 268v a second deposition rate based on void width 268w (step 240). The second deposition rate of vertex 268v is the deposition rate of build material required to adequately fill void region 120 at a location of vertex 268v, and is proportional to void width 268w.

As shown in FIG. 10F, after completing the calculations regarding raster leg 268, the host computer then checks whether raster leg 268 is the last raster leg of second raster path 212 (step 226). The host computer then proceeds to the next raster leg, which is raster leg 270 (step 228). The host computer then calculates length 270L of raster leg 270 (step 222), and checks whether length 270L is greater than the length threshold (step 224).

Here, let us also assume that length 270L does not exceed the length threshold. As such, the host computer calculates center point 270cp of raster leg 270 (step 230) and void width 270w of void region 120 at a location along the x-axis of center point 270cp (step 252). This may also be performed with right-triangle trigonometric principles. As shown in FIG. 10F, the host computer may calculate half of void width 270w (½ void width 270w) by multiply half of the length of raster leg 270 (½ length 270L) by the cosine of angle α. Angle α=90−angle β, where angle β is the angle between raster leg 270 and imaginary wall 278. Imaginary wall 278 extends co-linear with wall 148a from an end point of raster leg 270 adjacent wall 148a.

Because void width 270w is calculated between wall 146a and imaginary wall 278, void width 270w is a void width corresponding to intersection 204, and does not include branched portion 208. Accordingly, as discussed below, a first remnant path may be generated from this initial connection of vertices to fill void region 120 along left arm 202, intersection 204, and right arm 206. A second remnant path may then be generated to fill branched portion 208.

Once center point 270cp and void width 270w are calculated, the host computer then compares void width 270w to the void width of the last labeled vertex, which in this example is now void width 268w (corresponding to vertex 268v) (step 236). Let us assume that the absolute value of the difference

US 7,555,357 B2

15

between void width $270w$ and void width $268w$ is less than the Δ threshold. As such, center point $270cp$ is not labeled as a vertex, and the host computer may disregard data relating to length $270$L and void width $270w$ for raster leg $270$. However, the host computer retains data relating to center point $270cp$ (step $242$).

As shown in FIG. $10$G, the host computer then checks whether raster leg $270$ is the last raster leg of second raster path $212$ (step $226$). The host computer then proceeds to the next raster leg, which is raster leg $272$ (step $228$). The host computer then calculates length $272$L of raster leg $272$ (step $222$), and checks whether length $272$L is greater than the length threshold (step $224$).

As shown, raster leg $272$ extends from branching portion $208$, through intersection $204$, and into right arm $206$. Accordingly, length $272$L is substantially greater than lengths $268$L and $270$L of the preceding raster legs $268$ and $270$. This again is a particular situation in which the length threshold is used to identify substantial increases in void widths of void region $120$. If raster leg $272$ is used, the void width of void region $120$ calculated from raster leg $272$ will be substantially greater than void widths $268w$ and $270w$. Therefore, in this example, length $272$L also exceeds the length threshold. The host computer may then disregard raster leg $272$ and switch back to first raster path $210$, continuing to move in a positive x-direction, (step $226$) to continue the calculations under method $214$.

While relying on first raster path $210$, the host computer proceeds to the next raster leg of first raster path $210$ that is closest to the last calculated center point in the positive x-direction, which in this case is center point $270cp$ (step $228$). Accordingly the closest raster leg of first raster path $210$ in the positive x-direction is raster leg $256$.

As shown in FIG. $10$H, the host computer then calculates length $256$L of raster leg $256$ (step $222$), and checks whether length $256$L is greater than the length threshold (step $224$). In this example, let us assume that length $256$L also does not exceed the length threshold. Therefore, the host computer calculates center point $256cp$ of raster leg $256$ (step $230$) and void width $256w$ of void region $120$ at center point $256cp$ (step $252$).

The host computer then compares void width $256w$ to the void width of the last labeled vertex, which is still void width $268w$ (corresponding to vertex $268v$) (step $236$). Here, let us assume that the void width of void region $120$ has decreased enough such that the absolute value of the difference between void width $256w$ and void width $268w$ exceeds the Δ threshold (step $239$). As a result, the host computer labels center point $256cp$ as vertex $256v$ and assigns vertex $256v$ a third deposition rate based on void width $256w$ (step $240$). The third deposition rate of vertex $256v$ is the deposition rate of build material required to adequately fill void region $120$ at a location of vertex $256v$, and is proportional to void width $256w$.

Steps $222$-$244$ may then be repeated until all of the raster legs of either first raster path $210$ or second raster path $212$ are analyzed. In this example, because there are no further branching locations in right arm $206$, the host computer will continue to analyze and compare raster legs from first raster path $210$ until the last raster leg of first raster path $210$ is analyzed. When the last raster leg is calculated and compared to the previous vertex raster leg, the host computer then defines the first remnant path as a vector path that connects the labeled vertices (step $246$). Accordingly, the first remnant path will extend through left arm $202$, intersection $204$, and right arm $206$, and does not extend into branched portion $208$.

16

Method $214$ may then be repeated for branched portion $208$ to define the second remnant path that extends generally along the y-axis until intersection $204$ is reached. In this case, the void widths of void region $120$ at branched portion $208$ extend along the x-axis between walls $148b$ and $148c$. Following along with this concept, method $214$ may be repeated as many times as necessary to generate remnant paths to substantially fill branching or curved portions of void regions having a variety of designs.

FIG. $11$ is an expanded view of void region $120$ shown in FIGS. $7$ and $8$, where void region $120$ includes first remnant path $280$ and second remnant path $282$ generated pursuant to method $214$. First remnant path $280$ includes a plurality of vertices $284_i$, $284_{i+1}$, $284_{i+2}$, . . . , $284_n$, which are shown in FIG. $11$ with varying radii for ease of discussion to illustrate the changes in the deposition rates. Similarly, second remnant path $280$ includes vertices $286_i$ and $286_{i+1}$. As discussed above, each vertex includes an array of data in the form of (x, y, z, deposition rate), where the z-coordinate is held constant for a given layer, and the x-coordinate and the y-coordinate identify where a given vertex is located. The deposition rate data directs how fast the extrusion head deposits the build material at the given vertex.

As shown in FIG. $11$, the radii of vertices $284_i$, $284_{i+1}$, $284_{i+2}$, . . . , $284_n$ decrease generally along the x-axis in accordance with the decreasing void widths of void region $120$ (without consideration to branched portion $208$). As a result, build material may be deposited along first remnant path $280$ with a decreasing deposition rate along the x-axis. This may be performed in the same manner as discussed above for remnant path $21$ in FIG. $6$. After build material is deposited along first remnant path $280$, the extrusion head may then deposit build material along second remnant path $282$. Because the void widths of branched portion $208$ do not vary, second remnant path $282$ is only defined by a starting vertex (i.e., vertex $286_i$) and a terminating vertex (i.e., vertex $286_{i+1}$).

During the extrusion process, roads of build material are deposited along perimeter paths $112$, $114$, and $116$, which have physical road widths corresponding to road widths $144w$, $146w$, and $148w$, respectively. This forms a cavity that corresponds to void region $120$. After roads of build material are deposited along perimeter paths $112$, $114$, and $116$, the extrusion head may deposit build material along first remnant path $280$ at a varying deposition rate. Because the cavity corresponding to left arm $202$, intersection $204$, and right arm $206$ is bordered by deposited roads of build material, the build material deposited along first remnant path $280$ flows to conform to the dimensions of the bordering roads. This also allows the corresponding cavity corresponding to be filled based on a road width resolution that is higher than the first road width resolution, without adversely reducing the road height along first remnant path $280$. The build material then fuses to the bordering roads of build material, thereby filling left arm $202$, intersection $204$, and right arm $206$ of void region $120$.

After build material is deposited along first remnant path $280$, the extrusion head may deposit build material along second remnant path $282$ (at a constant deposition rate). The build material deposited along second remnant path $282$ also flows to conform to the dimensions of the bordering roads, which allows the cavity corresponding to branched portion $208$ to be filled based on a road width resolution that is higher than the first road width resolution, without adversely reducing the road height along first remnant path $282$. The build material then fuses to the bordering roads of build material

US 7,555,357 B2

**17**

(and to the build material deposited along first remnant path **280**), thereby substantially filling branched portion **208** of void region **120**.

The use of first remnant path **280** and second remnant path **282** allows void region **120** to be substantially filled, despite the branched nature of branched portion **208**, while preserving the substantially uniform layer thickness. By filling the cavity corresponding to void region **120**, the strength and integrity of the resulting 3D object is correspondingly preserved.

FIG. **12** is a top view of build path **300**, which includes theoretical curved roads **302** and **304**. Theoretical curved roads **302** and **304** are dimensions that correspond to the physical roads of build material deposited by an extrusion head. Theoretical curved roads **302** and **304** are respectively centered around perimeter paths **306** and **308**, and are based on the first road width resolution. As shown, theoretical curved roads **302** and **304** define void region **310**, which contains remnant path **312**. Build path **300** is an example of a curved path in which the methods of the present invention are suitable for filling with one or more remnant paths. Accordingly, the methods of the present invention, particularly, the methods involving multiple raster paths to generate remnant path **312** (e.g., method **214**, discussed above), are suitable for filling annular void regions, such as concentric circle void regions.

Void region **310** is an example of a region in which the host computer may generate remnant path **312** pursuant to method **214**, discussed above in FIG. **9**. The curvature of theoretical curved roads **302** and **304** generally requires more than a single raster path to adequately define remnant path **312**. The extrusion head may then deposit build materials along remnant path **312** to substantially fill void region **310**, thereby preserving the structural integrity and sealing properties of the resulting 3D object.

While the above-discussed methods of generating remnant paths in void regions are described with particular ordered steps, the steps may be performed in a variety of arrangements or in parallel to obtain the desired results. Additionally, any number of intermediate paths may be used to generate remnant paths within void regions. For example, a plurality of raster paths may be generated within a given void region, where the raster legs of the raster paths are oriented at different angles relative to each other (e.g., perpendicular). The host computer may then switch between the raster paths to identify the optimal raster path for generating a remnant path.

While void regions **20**, **120**, and **310** are generally discussed above as being smaller than the first road width resolution used to generate the perimeters paths and the bulk raster paths, the host computer may alternatively be directed to identify large void regions. This embodiment may effectively eliminate the need for bulk raster paths in certain cases, but is generally limited by the maximum road width that a given deposition system is capable of depositing. Nonetheless, the present invention is particularly suitable for void regions that are smaller than the first road width resolution, thereby allowing such void regions to be filled to preserve the structural integrities of the resulting 3D objects.

FIG. **13** is a top view of build path **400**, which is another example of build data generated by a host computer for building a layer of a 3D object in an x-y plane. Build path **400** includes theoretical roads **402** and **404**, which are dimensions corresponding to the physical roads of build material to be deposited, and which are based on the first road width resolution and respectively, perimeter path **406** and raster path **408**.

**18**

As shown in FIG. **13**, theoretical roads **404** are raster patterns defined by raster path **408**, which include corners **410** where raster path **408** turns around about 180°. The placement of theoretical roads **402** and **404** results in a plurality of void regions **412** being formed between theoretical roads **402** and **404** at corners **410**. Void regions **412** are also undesirable because they may increase the porosity of the resulting 3D object, thereby reducing the structural integrity and sealing properties. To correct this issue, the host computer may generate fill path **414**, which is a deposition path that is generated at a higher resolution than the first road width resolution. As a result, build material is deposited along fill path **414** at a lower deposition rate relative to those based on theoretical roads **402** and **404**.

Fill path **414** is desirably generated at a location between theoretical road **402** and raster path **408** at corners **410** (the boundary of raster path **408** at corners **410** is represented by phantom line **408**a), which places fill path **414** over corners **410** and void regions **412**. This allows a low volume of build material to be deposited along fill path **414** to at least partially fill in void region **412**. The "low volume" is relative to the volumes used to deposit build roads along perimeter path **406** and raster path **408**. Excess portions of build material deposited on corners **410** may be removed or smoothed over a larger surface area with a planarizer, which results in a smooth layer of deposited build material adjacent void regions **412**. Fill paths **414** are desirably generated for each group of void regions **412** located at corners **410**.

Fill path **414** may be generated at a higher resolution than the first road width resolution. As such, build material may be deposited along fill path **414** at a lower deposition rate relative to the deposition rates along perimeter path **406** and raster path **408**. In one embodiment, fill path **414** may have a road width that varies, and may be generated as a remnant path. As discussed above in FIG. **2**, method **22** of the present invention may also be used to generate remnant paths within void regions located between a perimeter path (e.g., raster path **12**) and an adjacent bulk raster path (e.g., bulk raster path **18**). In this embodiment, one or more intermediate paths may be generated between theoretical road **402** and raster paths **408** (i.e., phantom line **408**a). The intermediate paths may then be used to generate fill path **414**. Low volumes of build material may then be deposited along fill path **414** to fill void regions **412**. The deposited road may then be planarized to smooth the given layer, which reduces the porosity of the resulting 3D.

FIG. **14** is a top view of build path **500**, which is yet another example of build data generated by a host computer for building a layer of a 3D object in an x-y plane. Build path **500** includes theoretical roads **502** and **504**, which are dimensions corresponding to the physical roads of build material to be deposited. Theoretical roads **502** and **504** are respectively centered around perimeter path **506** and raster path **508**, and are based on the first road width resolution.

Theoretical roads **504** are raster patterns defined by raster path **508**, which include corners **510** that similar to corners **410**, discussed above in FIG. **13**. However, in contrast to corners **410**, raster path **508** includes "bat ear" protrusions **512** to reduce the formation of void regions adjacent corners **510**. The reduction of void regions in this manner is generally discussed in Jamalabad et al., U.S. Pat. No. 6,823,230 ("the '230 patent"). However, the '230 patent discloses depositing build material along the protrusions at the first road width resolution with the remaining portion of the raster path. This is undesirable because the large volumes of build material deposited at the protrusions tend to force the previously

US 7,555,357 B2

19 20

deposited perimeter roads (corresponding to theoretical road **502**) to bulge out, which undesirably deforms the lateral boundaries of the layer.

To reduce this problem, the deposition rate of build material may vary as the extrusion head moves around a given corner **510**. In particular, the deposition rate may decrease as the extrusion head moves toward perimeter path **502** and increase as the extrusion head moves away from perimeter path **502**. For example, an extrusion head may move along the first leg of raster path **508** toward perimeter path **506** (represented by arrow A) while depositing build material at a first deposition rate. When the extrusion head reaches vertex **512***a*, the deposition rate decreases, and the extrusion moves toward vertex **512***b*.

When the extrusion head reaches vertex **512***b*, the deposition rate decreases even more and the extrusion head moves along protrusions **512** until vertex **512***c* is reached. Because vertex **512***c* is located close to theoretical road **502**, the deposition rate desirably remains unchanged at vertex **512***c* (i.e., the same deposition rate as assigned at vertex **512***b*). The extrusion head then moves along protrusions **512** until vertex **512***d* is reached. The deposition rate then increases at vertex **512***d* and the extrusion head moves toward vertex **512***e*. When the extrusion head reaches vertex **512***e*, the deposition rate may increase back to the first deposition rate to deposit the second leg along raster path **508**.

By varying the deposition rate along raster path **508** at corners **510**, the volume of build material deposited is accordingly decreased around the turns of corners **510** (i.e., at protrusions **512**). This reduces the amount of force applied to perimeter path **506**, which reduces the deformation to the lateral boundaries of the layer. The vertex locations along raster path **508** may be preset values or, alternatively, may be determined pursuant to the methods discussed above (e.g., methods **52** and **214**). Additionally, a fill path similar to fill path **414** (discussed above in FIG. **13**) may be deposited along corners **510** and planarized to ensure that the amount of build material deposited at corners **510** is enough to provide an even layer thickness along the z-axis.

Although the present invention has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the invention.

The invention claimed is:

1. A method of forming a three-dimensional object using an extrusion-based layered deposition system, the method comprising:

    generating a build path for building a layer of the three-dimensional object, wherein the build path defines a void region;

    generating at least one intermediate path in the void region;

    determining dimensions of the void region based at least in part on the at least one generated intermediate path; and

    generating a remnant path in the void region based at least in part on the at least one intermediate path, wherein the remnant path comprises deposition rates that are configured to vary based on the determined dimensions of the void region.

2. The method of claim **1**, wherein the at least one intermediate path is generated based on a road width resolution limit that is higher than a road width resolution used to generate the build path.

3. The method of claim **1**, wherein the at least one intermediate path comprises a raster path.

4. The method of claim **3**, wherein the raster path comprises a plurality of raster legs, and wherein determining the dimensions of the void region comprises:

    determining center points of the raster legs; and

    determining void widths of the void region at the center points.

5. The method of claim **4**, further comprising assigning the deposition rates to the center points.

6. The method of claim **1**, wherein the at least one intermediate path comprises a first raster path and a second raster path, wherein the first raster path is offset at a rotational angle from the second raster path.

7. The method of claim **1**, further comprising:

    depositing first deposition roads according to the generated build path to form the layer of the three-dimensional object having a cavity corresponding to the defined void region; and

    depositing the second deposition road in at least part of the cavity according to the generated remnant path.

8. A method of forming a three-dimensional object using an extrusion-based layered deposition system, the method comprising:

    generating a build path for building a layer of the three-dimensional object, the build path being based on a first road width resolution;

    identifying a void region in the build path;

    determining dimensions of the void region; and

    generating a remnant path in the void region, wherein the remnant path comprises deposition rates that are configured to vary based on the determined dimensions of the void region.

9. The method of claim **8**, wherein the dimensions of the void region are determined based at least in part on a second road width resolution that is a higher resolution than the first road width resolution.

10. The method of claim **8** further comprising generating an intermediate path in the void region based on the second road width resolution.

11. The method of claim **10**, wherein the intermediate path comprises a raster path.

12. The method of claim **11**, wherein the raster path comprises a plurality of raster legs, and wherein determining the dimensions of the void region comprises:

    determining center points of the raster legs; and

    determining void widths of the void region at the center points.

13. The method of claim **8**, further comprising generating a first raster path and a second raster path, wherein the first raster path is offset at a rotational angle from the second raster path.

14. The method of claim **8**, further comprising:

    depositing first deposition roads according to the generated build path to form the layer of the three-dimensional object having a cavity corresponding to the defined void region; and

    depositing the second deposition road in at least part of the cavity according to the generated remnant path.

15. A method of forming a three-dimensional object using an extrusion-based layered deposition system, the method comprising:

    generating a build path for building a layer of the three-dimensional object with a plurality of first deposition roads based on a first road width resolution, wherein the build path defines a void region having dimensions that are smaller than the first road width resolution along at least one axis; and

    generating a remnant path in the void region for filling at least pan of a cavity corresponding to the defined void

US 7,555,357 B2

21

region with a second deposition road based on deposition rates that are configured to vary based on the dimensions of the void region.

16. The method of claim **15** further comprising generating an intermediate path in the void region.

17. The method of claim **16**, wherein the intermediate path comprises a raster path.

18. The method of claim **17**, wherein the raster path comprises a plurality of raster legs, and wherein generating the remnant path comprises:

22

determining center points of the raster legs;

determining void widths of the void region at the center points; and

determining the remnant path based at least in part on the center points and the void widths.

19. The method of claim **15**, further comprising generating a first raster path and a second raster path, wherein the first raster path is offset at a rotational angle from the second raster path.

* * * * *